IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff:

DARRELL TRITT

Civil Case # 1:19-cv-4961

## NOTICE OF SUGGESTION OF DEATH

Undersigned counsel, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, hereby informs the Honorable Court of the death of Plaintiff Darrell Tritt.

Respectfully submitted September 25, 2024.

                                            /s/ Rhett A. McSweeney
                                            Rhett A. McSweeney, #269542
                                            David M. Langevin, #329563
                                            McSweeney/Langevin
                                            2116 Second Avenue South
                                            Minneapolis, MN 55404
                                            Phone: (612) 542-4646
                                            Fax: (612) 454-2678
                                            dave@westrikeback.com
                                            ram@westrikeback.com
                                            **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the attached document was served upon each attorney of record through the Court's Electronic Court Filing System.

Dated: September 25, 2024

                                            */s/ Rhett A. McSweeney*
                                            Rhett A. McSweeney