IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB MDL No. 2570 |
|---|---|

This Document Relates to Plaintiff:

DARRELL TRITT

Civil Case # 1:19-cv-4961-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF**

The Court has considered the Plaintiff's Motion to Substitute Party Plaintiff, and the Court having considered the Motion, herein grants the Motion. [Filing No. 26042.]

**IT IS THEREFORE ORDERED** that Rick Tritt, on behalf of Decedent Darrell Tritt, is substituted as Plaintiff in the above referenced action.

Date: 10/23/2024

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.